USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
DAVID BERKOWITZ, :
                    Petitioner, :
:    21-CV-6582 (VEC)
    -against- :
:        ORDER
:
GOULD PAPER CORP., :
                    Respondent. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 5, 2021, Petitioner filed a motion for leave to file the Final Arbitration Award under seal, Dkt. 3;

    WHEREAS on August 5, 2021, the Court denied Petitioner's request without prejudice to Petitioner refiling the motion with more narrow redactions by no later than August 20, 2021, *see* Endorsement, Dkt. 5;

    WHEREAS Petitioner did not file a new sealing request by the deadline;

    WHEREAS on August 23, 2021, Petitioner filed a certificate of service stating that on August 12, 2021, he served the Petition, the Court's endorsement denying the request to seal, and other filings on Respondent, Dkt. 6;

    WHEREAS on August 24, 2021, the Court ordered the parties to show cause, by no later than September 3, 2021, why the Court should not remove the viewing restrictions on the Final Arbitration Award, thereby making it a public document on ECF, Dkt. 7;

    WHEREAS the Court informed the parties that if neither party filed a response to the Court's order, or if neither party showed the required cause, the Court would make the Final Arbitration Award public, *id.*; and

    WHEREAS neither party filed a response to the Court's order;

IT IS HEREBY ORDERED that the Final Arbitration Award must be made public.

The Clerk of Court is respectfully directed to change the viewing restrictions on docket entry 4 to public.

**SO ORDERED.**

Date: **September 11, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**