UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID BERKOWITZ,

                        Petitioner,

    -against-                                     21 **CIVIL** 6582 (VEC)

## JUDGMENT

GOULD PAPER CORP.,

                        Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 12, 2022, the Court finds that Berkowitz has failed to demonstrate that the arbitration award should be modified or vacated. Berkowitz's motion to confirm in part and modify in part, whether construed as a motion to modify or as a motion to vacate, is DENIED. GPC's motion to dismiss, construed as a motion to confirm the arbitration award, is GRANTED. Accordingly, the arbitration award is hereby CONFIRMED. Judgment is entered for Petitioner in the amount of $45,533.49 as provided in the arbitration award; accordingly, the case is closed.

**Dated:** New York, New York

       January 12, 2022

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                                     **BY:**

                                                              **Deputy Clerk**